UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Penkoski et. al

v.

Justice et. al

Case NO 1:18-cv-10

FILED

JAN 1 7 2018

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## MOTION TO SEAL ADDRESS

NOW COMES, Plaintiff Sevier asking that the new address of the Plaintiffs be filed under seal for safety reasons. See the Declaration of Penkoski. The Pastor is under constant threat. Plaintiffs respectfully request that the Motion be granted.

/s/ Chris Sevier
BPR # 026567
(615) 500 4411
ghostwarsmusic@gmail.com