**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKBSURG**

**RICHARD PENKOSKI,
JOHN GUNTER, Jr.,
WHITNEY KOHL,
JOAN GRACE HARLEY,
and CHRIS SEVIER,**

        **Plaintiffs,**

v.                                                              Civil Action No. 1:18-CV-10
                                                                               **(JUDGE KEELEY)**

**JIM JUSTICE, in his official capacity
as Governor of West Virginia,
PATRICK MORRISEY, in his official
Capacity as Attorney General of West
Virginia, and
JEAN BUTCHER, in her official
capacity as the Clerk of Gilmer County,**

        **Defendants.**

**REPORT & RECOMMENDATION**

On January 16, 2018, Plaintiffs filed their complaint seeking injunctive relief against Defendants "under the Establishment Clause . . . [and] the Fourteenth Amendment's Equal Protection and Substantive Due Process Clauses," (ECF No. 1 at 3), in connection with the alleged denial of marriage licenses for which Plaintiffs had applied. On February 12, 2018, Defendants Justice and Morrisey moved to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(1)(5), and Fed. R. Civ. P. 12(b)(6) "for lack of jurisdiction and lack of service, or to dismiss the action entirely because it does not state a claim for which relief can be granted." (ECF No. 52 at 1). Defendants Justice and Morrisey argued that 1) they have not been properly served; 2) the Court lacks jurisdiction because the suit is barred by Eleventh

Amendment sovereign immunity, and because Plaintiffs lack Article III standing; and 3) Plaintiffs present frivolous legal arguments and have failed to state viable First Amendment and Fourteenth Amendment claims. (ECF No. 53).

On March 9, 2018, in apparent response, Plaintiffs amended their complaint as of right. (ECF No. 62). See Fed. R. Civ. P. 15(a)(1)(B). Defendants subsequently moved to dismiss the amended complaint on March 30, 2018. (ECF No. 69). In light of Plaintiffs' timely amendment – rendering the original complaint "of no legal effect," see Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001) – and in light of the motion to dismiss the *amended* complaint (ECF No. 69) now pending as the operative motion under consideration, the undersigned **RECOMMENDS** that Defendants Justice and Morrisey's motion to dismiss Plaintiffs' *original* complaint (ECF No. 52) be **DENIED AS MOOT.**

Any party may, within fourteen (14) days after being served with a copy of this Report and Recommendation file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the Honorable Irene M. Keeley, United States District Judge. Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation. 28 U.S.C. § 636(b)(1); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); Thomas v. Arn, 474 U.S. 140 (1985).

The Clerk of Court is further **DIRECTED** to provide a copy of this Report and Recommendation to counsel of record, and to the *pro se* Plaintiffs by certified mail, return receipt requested, at their last known addresses as shown on the docket.

Entered this 19th day of July, 2018.

                                                MICHAEL JOHN ALOI
                                                UNITED STATES MAGISTRATE JUDGE